**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1909

TERRENCE LEROY WRIGHT,

               Petitioner – Appellant,

        v.

WANDA BROOMS,

               Respondent - Appellee.

Appeal from the United States District Court for the Western
District of North Carolina, at Bryson City. Martin K.
Reidinger, District Judge. (2:11-mc-00003-MR-DLH)

Submitted: November 19, 2012        Decided: November 29, 2012

Before AGEE, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Terrence Leroy Wright, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrence Leroy Wright appeals the district court's order dismissing his civil action as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wright v. Brooms, No. 2:11-mc-00003-MR-DLH (W.D.N.C. May 30, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED